MSE
AO 442 (Rev. 11/11) Arrest Warrant                                                                                                         2020R00251

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.                                                                Case No. 20-mj-365 HB

(1) MCKENZY ANN DEGIDIO DUNN

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MCKENZY ANN DEGIDIO DUNN
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

On or about May 28, 2020, in St. Paul, in the State and District of Minnesota, the defendants MCKENZY ANN DEGIDIO DUNN and BAILEY MARIE BALDUS conspired with Samuel Elliott Frey and Co-Conspirator CF to commit arson on property used in interstate commerce, in violation of Title 18, United States Code, 844(i), all in violation of Title 18, United States Code, Section 371.

Date: June 8, 2020                                          _____
                                                                         *Issuing officer's signature*

City and State:  St. Paul, MN                      The Honorable Hildy Bowbeer
                                                                  United States Magistrate Judge
                                                                         *Printed Name and Title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                    _____
                                                                  *Arresting officer's signature*

                                                                  _____
                                                                  *Printed name and title*