PS 8
(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
for
District of Minnesota

U.S.A. vs. McKenzy Ann Degidio Dunn    Docket No. 0864 0:20-00365M-001(HB)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Bradley A. Rupprecht, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **McKenzy Ann Degidio Dunn** who was placed under pretrial supervision by the Honorable Hildy Bowbeer, on the 12th day of June, 2020, under the following special conditions:

- Pretrial Services Supervision
- Travel Restrictions
- No Contact with Victim/Witness
- Mental Health Treatment and Weapons Restriction
- Alcohol Abstinence, No Illegal Substance Use, Testing, and No Tampering
- Substance Abuse Evaluation
- Report Contact with Law Enforcement
- Location Monitoring Program – Home Detention

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: The defendant has been subject to pretrial supervision for approximately six weeks. During such time, she has adhered to the expectations as set forth by the Court. PRAYING THAT THE COURT WILL ORDER that the defendant's conditions of release be modified to vacate the location restrictions of home detention with location monitoring. All other conditions of release shall remain in effect.

The parties were contacted and are not opposed to the proposed request for modification.

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 27th day of July, 2020, and ordered filed and made a part of the records in the above case. | s/ Bradley A. Rupprecht<br>Bradley A. Rupprecht<br>U.S. Probation Officer<br>612-664-5377 |
| s/ *Hildy Bowbeer*<br>Honorable Hildy Bowbeer<br>U.S. Magistrate Judge | Executed on   July 27, 2020<br><br>Place   Minneapolis<br>Approved:<br><br>s/ *Nicole Smith*<br>Nicole Smith<br>Supervising U.S. Probation Officer |